**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JORGE J. LEAL,**

            **Plaintiff,**

**-vs-**                                              **Case No. 6:08-cv-1062-Orl-22GJK**

**SECRETARY, U.S. DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES,**
**UNITED STATES DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES and**
**NATIONAL PRACTITIONER DATA**
**BANK,**

            **Defendants.**
_____

## ORDER

This cause is before the Court on the Motion/Application for Leave to Appear as Amicus Curiae (Doc. No. 28) filed on February 9, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 9, 2009 (Doc. No. 31) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion/Application for Leave to Appear as Amicus Curiae (Doc. No. 28) is DENIED.

3. The Clerk is directed to terminate Cape Canaveral Hospital, Inc. and its counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 28, 2009.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge